Janet SOLNIN, Plaintiff-Appellee,

v.

SUN LIFE and Health Insurance Company, Genworth Life and Health Insurance Company, GE Group Life Assurance Company, Phoenix Life Insurance Company, Defendants-Appellants.

15-3921

United States Court of Appeals, Second Circuit.

January 12, 2017

FOR APPELLANT: JOSHUA BACHRACH, Wilson, Elser, Moskowitz, Edelman & Dicker LLP; Philadelphia, PA.

FOR APPELLEE: SCOTT M. RIEMER (Paul M. Kampfer, on the brief), Riemer & Associates, LLC; New York, NY.

FOR AMICUS: MEGAN HANSEN (Eirik Cheverud, Navin Jani, M. Patricia

Smith, G. William Scott, Elizabeth Hopkins on the brief) for Thomas E. Perez, United States Secretary of Labor.

PRESENT: DENNIS JACOBS, JOSÉ A. CABRANES, BARRINGTON D. PARKER, JR., Circuit Judges.

## SUMMARY ORDER

Defendant Sun Life & Health Insurance Company[1] appeals from a final judgment entered in favor of plaintiff Janet Solnin in the U.S. District Court for the Eastern District of New York (Hurley, J.). We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review. We find no error in the judgment of the district court.

Accordingly, and finding no merit in appellant's arguments, we hereby **AFFIRM** the judgment of the district court.

---

1. The list of appellants named in the caption reflects a corporate acquisition and name changes. Sun Life is the present name of the only actual appellant.